**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation v. HANDLER, THAYER & DUGGAN, LLC, an Illinois limited liability company; THOMAS J. HANDLER; STEVEN J. THAYER; JAMES M. DUGGAN; and GREGORY J. BERTSCH. | FILED: APRIL 16, 2008<br>08CV2213 J. N.<br>JUDGE HART<br>MAG. JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Great American Insurance Company, Plaintiff

| |
|---|
| NAME (Type or print)<br>Scott O. Reed |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Scott O. Reed |
| FIRM<br>Reardon Golinkin & Reed |
| STREET ADDRESS<br>111 W. Washington Street, Suite 707 |
| CITY/STATE/ZIP<br>Chicago, IL 60602-3439 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3127632 | 312-855-0311 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐