# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Great American Insurance Company,
v.
Handler, Thayer & Duggan, LLC, et al.

Case Number: 08-cv-02213

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Handler, Thayer & Duggan, LLC; Thomas J. Handler; Steven J. Thayer; James M. Duggan; and Gregory Bertsch

| | |
|---|---|
| NAME (Type or print)<br>David S. Americus | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ David S. Americus | |
| FIRM<br>Gozdecki & Del Giudice, LLP | |
| STREET ADDRESS<br>221 North LaSalle Street, Suite 2200 | |
| CITY/STATE/ZIP<br>Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06199055 | TELEPHONE NUMBER<br>(312) 782-5010 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |