## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2213 | **DATE** | 5/1/2008 |
| **CASE TITLE** | Great American Insurance Company vs. Handler, Thayer & Duggan, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held.  Plaintiff's motion is granted as for leave to withdraw complaint and file amended complaint and is denied as to file documents under seal.   It is hereby ordered that document number 1 on the docket sheet is permanently withdrawn from the court file and the Clerk of the Court is directed to delete said imaged document  from CM ECF.  Statement as to citizenship of the individual members of the LLC is to be filed by 5/8/2008/ Defendants are given to 5/29/2008 to answer or otherwise plead.  Motions shall be filed by 5/15/2008.  Status hearing set for 6/18/2008 for presentation of a discovery plan.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | CW |
|---|---|---|