**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation, | ) | |
| Plaintiff, | ) | Case No. 08-cv-02213 |
| vs. | ) | Hon. William T. Hart |
| HANDLER, THAYER & DUGGAN, LLC, an Illinois limited liability company; THOMAS J. HANDLER; STEVEN J. THAYER; JAMES M. DUGGAN; and GREGORY J. BERTSCH; | ) | |
| Defendants. | ) | |

**PLAINTIFF'S SUPPLEMENTAL JURISDICTIONAL STATEMENT**

Plaintiff Great American Insurance Company ("Great American"), pursuant to the Court's instructions during the May 1, 2008 hearing on Plaintiff's Motion For Leave To Withdraw Complaint And File Amended Complaint Under Seal, provides the following Supplemental Jurisdictional Statement to be considered with its Amended Complaint.

**JURISDICTION**

1. Plaintiff Great American is, and at all times material to this dispute was, a corporation organized under the laws of the State of Ohio, with its principal place of business in Cincinnati, Ohio.

2. Defendant HTD is a law firm that is, and at all times material to this dispute was, a limited liability company organized under the laws of the State of Illinois, with its principal place of business in Chicago, Illinois.

3. According to the Illinois Secretary of State's office, the managers of Defendant HTD are:

a. Gregory J. Bertsch, an Illinois citizen and an individual Defendant here;

b. Jarrett T. Bostwick, an Illinois citizen;

c. James M. Duggan, an Illinois citizen and an individual Defendant here;

d. Thomas J. Handler, an Illinois citizen and an individual Defendant here;

e. Douglas J. Robson, an Indiana citizen; and

f. Steven J. Thayer, an Illinois citizen and an individual Defendant here.

Upon information and belief, these individuals also constitute the entirety of Defendant HTD's membership.

4. Based on the collective facts alleged in Plaintiff's Amended Complaint and herein, this Court has jurisdiction under 28 U.S.C. § 1332. There is complete diversity of citizenship between Plaintiff and all Defendants and the amount in controversy exceeds seventy-five thousand dollars ($75,000), exclusive of interest and costs.

Dated: May 8, 2008

/s/ Eric J. Marler

Scott O. Reed (IL Bar No. 3127632)
Eric J. Marler (IL Bar No. 6276648)
REARDON GOLINKIN & REED
111 West Washington Street
Suite 707
Chicago, Illinois 60602
Phone: 312/855-3700
Fax: 312/855-1089
E-mail: sreed@rgrlaw.com
emarler@rgrlaw.com

*Attorneys for Plaintiff Great American Insurance Company*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies under penalty of perjury that on May 8, 2008, I electronically filed the foregoing **Plaintiff's Supplemental Jurisdictional Statement**, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Richard A. Del Giudice, Esq.
David S. Americus, Esq.
Earl E. Farkas, Esq.
Gozdecki and Del Giudice
221 North LaSalle Street
Suite 2200
Chicago, IL 60601

Email: r.delgiudice@gozdel.com
d.americus@gozdel.com
e.farkas@gozdel.com

Katherine Smith Dedrick
Childress Duffy Goldblatt, Ltd.
515 North State Street
Suite 2200
Chicago, IL 60610

Email: kdedrick@cdglawyers.com

thereby serving the same upon them.

/s/ Eric J. Marler
Eric J. Marler (IL Bar No. 6276648)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HANDLER, THAYER & DUGGAN, LLC, an Illinois limited liability company; THOMAS J. HANDLER; STEVEN J. THAYER; JAMES M. DUGGAN; and GREGORY J. BERTSCH;<br><br>Defendants. | ) | Case No. 08-cv-02213<br><br>Hon. William T. Hart |

**NOTICE OF FILING**

To: Richard A. Del Giudice, Esq.
David S. Americus, Esq.
Earl E. Farkas, Esq.
Gozdecki and Del Giudice
221 North LaSalle Street
Suite 2200
Chicago, IL 60601

Email: r.delgiudice@gozdel.com
d.americus@gozdel.com
e.farkas@gozdel.com

Katherine Smith Dedrick
Childress Duffy Goldblatt, Ltd.
515 North State Street
Suite 2200
Chicago, IL 60610

Email: kdedrick@cdglawyers.com

PLEASE TAKE NOTICE that on Thursday, May 8, 2008, we filed **Plaintiff's Supplemental Jurisdictional Statement**, with the Clerk of the Court using the CM/ECF system, thereby causing a copy to be served upon you.

Dated: May 8, 2008

Respectfully submitted,

/s/ Eric J. Marler

Scott O. Reed (IL Bar No. 3127632)
Eric J. Marler (IL Bar No. 6276648)
REARDON GOLINKIN & REED
111 West Washington Street
Suite 707
Chicago, Illinois 60602
Phone: 312/855-3700

Fax: 312/855-1089
E-mail: sreed@rgrlaw.com
emarler@rgrlaw.com

*Attorneys for Plaintiff Great American Insurance Company*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies under penalty of perjury that on May 8, 2008, I electronically filed the foregoing **Notice of Plaintiff's Supplemental Jurisdictional Statement**, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Richard A. Del Giudice, Esq.
David S. Americus, Esq.
Earl E. Farkas, Esq.
Gozdecki and Del Giudice
221 North LaSalle Street
Suite 2200
Chicago, IL 60601

Email: r.delgiudice@gozdel.com
d.americus@gozdel.com
e.farkas@gozdel.com

Katherine Smith Dedrick
Childress Duffy Goldblatt, Ltd.
515 North State Street
Suite 2200
Chicago, IL 60610

Email: kdedrick@cdglawyers.com

thereby serving the same upon them.

/s/ Eric J. Marler
Eric J. Marler (IL Bar No. 6276648)