SHERIFF'S NUMBER 047349-001D  CASE NUMBER 08CV02213    DEPUTY: HALL 736

FILED DT 04-21-2008 RECEIVED DT 04-22-2008 DIE DT 05-06-2008 MULTIPLE SERVICE  1
    DEFENDANT                              ATTORNEY
BERTSCH, GREGORY J                         REARDON GOLDINKIN & REED
191 N WACKER DR                            111 W WASHINGTON ST 707
CHICAGO IL. 60606                          CHICAGO IL. 60602
23RD FLR
PLAINTIFF GREAT AMERICAN INSRUANCE

SERVICE INFORMATION: HANDLER THAYER & DUGGAN LLC UNITED STATES DIST COURT RS

**FOREIGN**

*************************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE  OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME
.....3 SERVICE ON:  CORPORATION ✓ COMPANY___ BUSINESS___ PARTNERSHIP___
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER  OF THE DEFENDANT.
.....4 CERTIFIED MAIL_____

(B)  THOMAS J. DART, SHERIFF, BY: _____, DEPUTY

    1  SEX  [M]/F    RACE  H    AGE  30
    2  NAME OF DEFENDANT BERTSCH, GREGORY J
       WRIT SERVED ON  Lorena Perez  A.P.
       THIS 25 DAY OF APR, 2008 TIME 10:30 A.M./P.M.

ADDITIONAL REMARKS _____

*************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG  OFFICE                        ATTEMPTED SERVICES

NEIGHBORS NAME _____         DATE        TIME    A.M./P.M.

        ADDRESS _____        ____  ____:____  ____

        REASON NOT SERVED:              ____  ____:____  ____
                    07 EMPLOYER REFUSAL
___ 01 MOVED        08 RETURNED BY ATTY   ____  ____:____  ____
___ 02 NO CONTACT   09 DECEASED
___ 03 EMPTY LOT    10 BLDG DEMOLISHED    ____  ____:____  ____
___ 04 NOT LISTED   11 NO REGISTERED AGT.
___ 05 WRONG ADDRESS 12 OTHER REASONS     ____  ____:____  ____
___ 06 NO SUCH ADDRESS 13 OUT OF COUNTY
                                          ____  ____:____  ____

FEE  .00   MILEAGE   .00   TOTAL   .00                      SG10

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS





GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation

**SUMMONS IN A CIVIL CASE**

v.

HANDLER, THAYER & DUGGAN, LLC, an Illinois limited liability company; THOMAS J. HANDLER; STEVEN J. THAYER; JAMES M. DUGGAN; and GREGORY J. BERTSCH

CASE NUMBER: 1:08-cv-02213

ASSIGNED JUDGE: Hon. William T. Hart

DESIGNATED MAGISTRATE JUDGE: Hon. Michael T. Mason

CASHIER: YVETTE

TO: (Name and address of Defendant)

Gregory J. Bertsch
HANDLER, THAYER & DUGGAN, LLC
191 North Wacker Drive, 23rd Floor
Chicago, IL  60606

```
000058-1.3.1 04/22/08 10:34
REF CASE    # 08  002213
  1 FOREIGN WRIT              50.00
  1 MILEAGE                   10.00
REF SHERIFF # 047349
CASE TOTAL                    60.00 *
```

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott O. Reed
Eric J. Marler
REARDON GOLINKIN & REED
111 West Washington Street, Suite 707
Chicago, IL  60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

APR 21 2008

DATE