**SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS    DISTRICT 002**

SHERIFF'S NUMBER 047345-001D  CASE NUMBER 08CV02213   DEPUTY: _HALL 7376_

FILED DT 04-21-2008 RECEIVED DT 04-22-2008 DIE DT 05-06-2008 MULTIPLE SERVICE   1

| DEFENDANT | ATTORNEY |
|---|---|
| DUGGAN, JAMES M | RREARDON GOLINKIN & REED |
| 191 N WACKER DR | 111 W WASHINGTON ST 707 |
| CHICAGO IL. 60606 | CHICAGO IL. 60602 |
| 23RD FLR | |

PLAINTIFF GREAT AMERICAN INSURANCE

SERVICE INFORMATION: HANDLERK THAYER & DUGGAN LLC   RS

**FOREIGN**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME _____
...X.3 SERVICE ON:  CORPORATION \_ COMPANY __ BUSINESS __ PARTNERSHIP __
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL _____

(B)  THOMAS J. DART, SHERIFF, BY: _____Hall 7376_____, DEPUTY

   1  SEX [✓]M/F   RACE _H_   AGE _36_
   2  NAME OF DEFENDANT DUGGAN, JAMES M
        [X] WRIT SERVED ON _Lorena Perez_
        THIS _29_ DAY OF _APR_, 20_08_ TIME _10:02_ A.M./P.M.

   ADDITIONAL REMARKS _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG  _OFFICE_                    ATTEMPTED SERVICES

NEIGHBORS NAME _____          DATE       TIME   A.M./P.M.

    ADDRESS  _____

        REASON NOT SERVED:
                         ___ 07 EMPLOYER REFUSAL
  ___ 01 MOVED           ___ 08 RETURNED BY ATTY
  ___ 02 NO CONTACT      ___ 09 DECEASED
  ___ 03 EMPTY LOT       ___ 10 BLDG DEMOLISHED
  ___ 04 NOT LISTED      ___ 11 NO REGISTERED AGT.
  ___ 05 WRONG ADDRESS   ___ 12 OTHER REASONS
  ___ 06 NO SUCH ADDRESS ___ 13 OUT OF COUNTY

FEE   .00    MILEAGE   .00    TOTAL   .00                       SG10

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**FOREIGN**

SUMMONS IN A CIVIL CASE

GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation

V.

HANDLER, THAYER & DUGGAN, LLC, an Illinois limited liability company; THOMAS J. HANDLER; STEVEN J. THAYER; JAMES M. DUGGAN; and GREGORY J. BERTSCH

CASE NUMBER: 1:08-cv-02213

ASSIGNED JUDGE: Hon. William T. Hart

DESIGNATED MAGISTRATE JUDGE: Hon. Michael T. Mason

TO: (Name and address of Defendant)

James M. Duggan
HANDLER, THAYER & DUGGAN, LLC
191 North Wacker Drive, 23rd Floor
Chicago, IL 60606

```
000055-1.3.1 04/22/08 10:31
REF CASE    # 08  002213
  1 FOREIGN WRIT           50.00
  1 MILEAGE                10.00
REF SHERIFF # 047345
CASE TOTAL                 60.00 *
```

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott O. Reed
Eric J. Marler
REARDON GOLINKIN & REED
111 West Washington Street, Suite 707
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

APR 2 1 2008

DATE