| | | |
|---|---|---|
| TYPE AW | SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS | DISTRICT 002 |

SHERIFF'S NUMBER 047346-001D  CASE NUMBER 08CV02213   DEPUTY: __HALL 732__

FILED DT 04-21-2008 RECEIVED DT 04-22-2008 DIE DT 05-06-2008 MULTIPLE SERVICE  1

DEFENDANT
HANDLER, THOMAS J
191 N WACKER DR
CHICAGO IL. 60606
23RD FLR

ATTORNEY
REARDON GOLINKIN & REED
111 W WASHINGOTN ST
CHICAGO IL. 60602

**FOREIGN**

PLAINTIFF GREAT AMERICAN INSRUANCE

SERVICE INFORMATION: HANDLER THAYER & DUGGAN LLC RS

********************************************************************************

(A) I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE NAMED DEFENDANT PERSONALLY.

.....2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
     ___ SAID PARTY REFUSED NAME _____

..X..3 SERVICE ON:  CORPORATION✓  COMPANY___  BUSINESS___  PARTNERSHIP___
     BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.

.....4 CERTIFIED MAIL_____

(B) THOMAS J. DART, SHERIFF, BY: _____Hall 732_____, DEPUTY

  1 SEX _M_/F  RACE _H_  AGE _30_
  2 NAME OF DEFENDANT HANDLER, THOMAS J
      ✓WRIT SERVED ON ___Lorana Perez AP___
      THIS _25_ DAY OF _APR_, 2008 TIME _10:30_ A.M./P.M.

ADDITIONAL REMARKS _____

********************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG ___OFFICE___

NEIGHBORS NAME _____

ADDRESS _____

ATTEMPTED SERVICES

| DATE | TIME | A.M./P.M. |
|---|---|---|
| _____ | ___:___ | ___ |
| _____ | ___:___ | ___ |
| _____ | ___:___ | ___ |
| _____ | ___:___ | ___ |
| _____ | ___:___ | ___ |
| _____ | ___:___ | ___ |

REASON NOT SERVED:
___ 01 MOVED          ___ 07 EMPLOYER REFUSAL
___ 02 NO CONTACT     ___ 08 RETURNED BY ATTY
___ 03 EMPTY LOT      ___ 09 DECEASED
___ 04 NOT LISTED     ___ 10 BLDG DEMOLISHED
___ 05 WRONG ADDRESS  ___ 11 NO REGISTERED AGT.
___ 06 NO SUCH ADDRESS ___ 12 OTHER REASONS
                       ___ 13 OUT OF COUNTY

FEE  .00   MILEAGE  .00   TOTAL  .00                    SG10



AO 440 (Rev. 05/00) Summons in a Civil Action

**FOREIGN**

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation

V.

HANDLER, THAYER & DUGGAN, LLC, an Illinois limited liability company; THOMAS J. HANDLER; STEVEN J. THAYER; JAMES M. DUGGAN; and GREGORY J. BERTSCH

CASE NUMBER: 1:08-cv-02213

ASSIGNED JUDGE: Hon. William T. Hart

DESIGNATED MAGISTRATE JUDGE: Hon. Michael T. Mason

CASHIER: YVETTE

TO: (Name and address of Defendant)

Thomas J. Handler
HANDLER, THAYER & DUGGAN, LLC
191 North Wacker Drive, 23rd Floor
Chicago, IL 60606

```
000056-1.3.1 04/22/08 10:32
REF CASE    # 08  002213
  1 FOREIGN WRIT              50.00
  1 MILEAGE                   10.00
REF SHERIFF # 047346
CASE TOTAL                    60.00 *
```

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott O. Reed
Eric J. Marler
REARDON GOLINKIN & REED
111 West Washington Street, Suite 707
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

APR 2 1 2008

DATE