TYPE LAW          SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS          DISTRICT 002

SHERIFF'S NUMBER 047348-001D  CASE NUMBER 08CV02213     DEPUTY: __HALC736__

FILED DT 04-21-2008  RECEIVED DT 04-22-2008  DIE DT 05-06-2008  MULTIPLE SERVICE   1

DEFENDANT                                    ATTORNEY
THAYER, STEVEN J                             REARDON GOLINKIN & REED
191 N WACKER DR                              111 W WASHINGTON ST 707
CHICAGO IL. 60606                            CHICAGO IL. 60602
23RD FLR
PLAINTIFF GREAT AMERICAN INSRUANCE

SERVICE INFORMATION: HANDLER THAYER & DUGGAN LLC                        RS

**FOREIGN**

*************************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME _____
..X..3 SERVICE ON:  CORPORATION  X COMPANY ___ BUSINESS ___ PARTNERSHIP ___
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL _____

(B)  THOMAS J. DART, SHERIFF, BY: _____Hall 7326_____, DEPUTY
     1  SEX _F_ M/F   RACE _H_   AGE _30_
     2  NAME OF DEFENDANT THAYER, STEVEN J
        WRIT SERVED ON _____Lorana Perez AP_____
        THIS _25_ DAY OF _APR_, 2008 TIME _10:30_ A.M./P.M.

ADDITIONAL REMARKS _____

*************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG ____OFFICE____                ATTEMPTED SERVICES

NEIGHBORS NAME _____              DATE          TIME  A.M./P.M.

   ADDRESS _____                 _____      ___:___  ___

         REASON NOT SERVED:                _____      ___:___  ___
                    07 EMPLOYER REFUSAL    _____      ___:___  ___
___ 01 MOVED        08 RETURNED BY ATTY    _____      ___:___  ___
___ 02 NO CONTACT   09 DECEASED            _____      ___:___  ___
___ 03 EMPTY LOT    10 BLDG DEMOLISHED     _____      ___:___  ___
___ 04 NOT LISTED   11 NO REGISTERED AGT.  _____      ___:___  ___
___ 05 WRONG ADDRESS 12 OTHER REASONS      _____      ___:___  ___
___ 06 NO SUCH ADDRESS 13 OUT OF COUNTY    _____      ___:___  ___

FEE  .00   MILEAGE   .00   TOTAL   .00                          SG10

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS



**SUMMONS IN A CIVIL CASE**

GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation

V.

HANDLER, THAYER & DUGGAN, LLC, an Illinois limited liability company; THOMAS J. HANDLER; STEVEN J. THAYER; JAMES M. DUGGAN; and GREGORY J. BERTSCH

CASE NUMBER: 1:08-cv-02213

ASSIGNED JUDGE: Hon. William T. Hart

DESIGNATED MAGISTRATE JUDGE: Hon. Michael T. Mason

```
000057-1.3.1 04/22/08 10:33
REF CASE    # 08  002213
  1 FOREIGN WRIT          50.00
  1 MILEAGE               10.00
REF SHERIFF # 047349
CASE TOTAL                60.00 *
```

TO: (Name and address of Defendant)

Steven J. Thayer
HANDLER, THAYER & DUGGAN, LLC
191 North Wacker Drive, 23rd Floor
Chicago, IL  60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott O. Reed
Eric J. Marler
REARDON GOLINKIN & REED
111 West Washington Street, Suite 707
Chicago, IL  60602

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

APR 2 1 2008

DATE

