TYPE LAW          SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS          DISTRICT 002

SHERIFF'S NUMBER 047350-001D  CASE NUMBER 08CV02213   DEPUTY: HALL 732

FILED DT 04-21-2008 RECEIVED DT 04-22-2008 DIE DT 05-06-2008 MULTIPLE SERVICE  1
    DEFENDANT                                      ATTORNEY
HANDLER THAYER & DUGGAN LLC                        REARDON GOLINKIN & REED
191 N WACKER DR                                    111 W WASHINGTON ST 707
CHICAGO IL. 60606                                  CHICAGO IL. 60602
23RD FLR
PLAINTIFF GREAT AMERICAN INSURANCE

SERVICE INFORMATION: C/O THOMAS J HANDLER RA     UNITED STATES DIST COURT  RS

**FOREIGN**

******************************************************************************
(A)   I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME_____
..X..3 SERVICE ON:  CORPORATION___ COMPANY___ BUSINESS___ PARTNERSHIP___
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER  OF THE DEFENDANT.
.....4 CERTIFIED MAIL_____

(B)   THOMAS J. DART, SHERIFF, BY: _____ Hall 732, DEPUTY
      1 SEX M/F    RACE H    AGE 38
      2 NAME OF DEFENDANT HANDLER THAYER & DUGGAN LLC
        WRIT SERVED ON    Lorana Perez
        THIS 25 DAY OF APR, 20 08 TIME 10:20 A.M.P.M.

      ADDITIONAL REMARKS _____

******************************************************************************
THE NAMED DEFENDANT WAS NOT SERVED.
TYPE OF BLDG       OFFICE                    ATTEMPTED SERVICES
NEIGHBORS NAME  _____           DATE        TIME    A.M./P.M.
    ADDRESS     _____           _____     ___:___ _____

         REASON NOT SERVED:
                    07 EMPLOYER REFUSAL
 01 MOVED           08 RETURNED BY ATTY   _____     ___:___ _____
 02 NO CONTACT      09 DECEASED
 03 EMPTY LOT       10 BLDG DEMOLISHED    _____     ___:___ _____
 04 NOT LISTED      11 NO REGISTERED AGT.
 05 WRONG ADDRESS   12 OTHER REASONS      _____     ___:___ _____
 06 NO SUCH ADDRESS 13 OUT OF COUNTY
                                          _____     ___:___ _____

FEE   .00   MILEAGE   .00   TOTAL   .00                              SG10

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS



**SUMMONS IN A CIVIL CASE**

GREAT AMERICAN INSURANCE
COMPANY, an Ohio corporation

V.

HANDLER, THAYER & DUGGAN, LLC, an Illinois limited
liability company; THOMAS J. HANDLER; STEVEN J.
THAYER; JAMES M. DUGGAN; and GREGORY J.
BERTSCH

CASE NUMBER:  1:08-cv-02213

ASSIGNED JUDGE:  Hon. William T. Hart

DESIGNATED
MAGISTRATE JUDGE:  Hon. Michael T. Mason

CASHIER: YVETTE

TO: (Name and address of Defendant)

HANDLER, THAYER & DUGGAN, LLC
c/o Thomas J. Handler, Registered Agent
191 North Wacker Drive, 23rd Floor
Chicago, IL  60606

```
000059-1.3.1 04/22/08 10:34
REF CASE    # 08  002213
   1 FOREIGN WRIT         50.00
   1 MILEAGE              10.00
REF SHERIFF # 047350
CASE TOTAL               60.00 *
          TOTAL          300.00 TL
CHECK 1                  300.00
CASHIER: YVETTE
```

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott O. Reed
Eric J. Marler
REARDON GOLINKIN & REED
111 West Washington Street, Suite 707
Chicago, IL  60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

APR 2 1 2008

DATE