# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2213 | **DATE** | 5/8/2008 |
| **CASE TITLE** | Great American Insurance Company vs. Handler, Thayer & Duggan, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Having been denied leave to file documents under seal, it is hereby ordered that document number 8 is unsealed..

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|