IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio Corporation, | ) ) ) |
| Plaintiffs, | ) Case No. 08-cv-02213 ) ) |
| vs. | ) Hon. William T. Hart ) |
| HANDLER, THAYER & DUGGIN, LLC, an Illinois limited liability company; THOMAS J. HANDLER; STEVEN J. THAYER; JAMES M. DUGGAN; and GREGORY J. BERTSCH, | ) Magistrate Judge Mason ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE STAY PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)**

Now come Defendants, Handler, Thayer & Duggan, LLC; Thomas J. Handler; Steven J. Thayer; James M. Duggan; and Gregory J Bertsch, (collectively "HTD") by and through their attorneys, Katherine Smith Dedrick of Childress Duffy Goldblatt, Ltd. and Rick Del Giudice of Gozdecki & Del Giudice, LLP, and move to dismiss or in the alternative stay Great American Insurance Company's ("Great American") "Amended Complaint for Rescission and Other Relief" ("Amended Complaint") pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). In support thereof, HTD respectfully states:

1. Great American withdrew its original complaint and filed a four-count Amended Complaint seeking declarations regarding the obligations it owes under one of the six Professional Liability insurance contracts it issued to HTD on a yearly basis since October 6, 2001. The contract at issue is for the October 6, 2006 to 2007 policy period No. LPL 665-41-57 05 ("the Policy").

2.  Great American seeks judicial declarations pursuant to 28 U.S.C. §2201 regarding rescission, reformation, indemnity and other obligations it owes under the Policy.

3.  Great American withdrew its original complaint as it set forth privileged communications between HTD and its clients, as well as between HTD and its past and current defense counsel representing it in Multi-District Litigation pending in the U.S. District Court, Eastern District of Kentucky (Central Division) ("the *MDL* litigation") and additional litigation pending in the U.S. District Court, Eastern District of Wisconsin ("the *MacDonald* litigation").

4.  HTD has filed concurrently herewith a supporting Memorandum of Law, which is expressly incorporated herein by reference. As set forth more fully in the accompanying Memorandum, Great American's Amended Complaint is subject to dismissal on the following bases:

   a. Great American's request for a declaratory judgment regarding indemnification is properly dismissed, without prejudice, for lack of ripeness under Fed. R. Civ. P. 12(b)(1), as indemnification claims are not ripe for adjudication until resolution of the underlying actions and the specific nature and scope of the liability have been defined. *Grinnell Mut. Reins. Co. v. Reinke,* 43 F.3d 1152, 1154 (7th Cir. 1995).

   b. Great American's request for declarations regarding rescission, reformation, indemnity and other obligations concern ultimate issues of fact which are at issue in the underlying actions and, thus, must be resolved in the underlying litigation. *Murphy v. Urso,* 88 Ill. 2d 444, 456-457, 43 N.E. 2d 1079, 1084 (1982). To allow these issues to proceed in this action would allow Great American to align its interest against those of its insured HTD and with plaintiffs in the underlying *MDL* litigation and *MacDonald* litigation. Courts have unequivocally refused to allow this to occur

finding such requests for declarations premature and thus protecting against collateral estoppel. *Thornton v. Paul,* 74 Ill. 2d 132, 159, 384 N.E.2d 335, 346 (1978); *Maryland Casualty Co. v. Peppers,* 64 Ill. 2d 187, 197, 355 N.E.2d 24, 30 (1976).

WHEREFORE, for the foregoing reasons and the additional reasons set forth in the accompanying Memorandum of Law, Defendants, Handler, Thayer & Duggan, LLC; Thomas J. Handler; Steven J. Thayer; James M. Duggan; and Gregory J Bertsch, respectfully move this Court for an order (i) dismissing Great American's Amended Complaint, without prejudice pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) or (ii) staying this action until the underlying actions are resolved, or (iii) for such other and further relief that this Court may find appropriate.

Respectfully submitted,

HANDLER, THAYER & DUGGIN, LLC, THOMAS J. HANDLER; STEVEN J. THAYER; JAMES M. DUGGAN; and GREGORY J. BERTSCH

___s/ Katherine Smith Dedrick_____
One of Defendants' Attorneys

| | |
|---|---|
| Katherine Smith Dedrick (6185314) | Richard Del Giudice (06190103) |
| Childress Duffy Goldblatt, Ltd. | Gozdecki & Del Giudice, LLP |
| 515 N. State St. | 221 North LaSalle Street |
| Suite 2200 | Suite 2200 |
| Chicago, Illinois 60610 | Chicago, Illinois 60601 |
| 312.494.0200 | 312.782.5010 |
| Fax: 312.494.0202 | Fax: 312.782.4324 |

136069

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was served upon all counsel of record pursuant to ECF as to Filing Users on this the 15th day of May, 2008.

                                    s/ Katherine Smith Dedrick

Katherine Smith Dedrick (6185314)
Childress Duffy Goldblatt, Ltd.
515 N. State Street
Suite 2200
Chicago, Illinois 60610
312.494.0200
Fax: 312.494.0202

**SERVICE LIST**

Scott O. Reed
Eric J. Marler
Reardon Golinkin & Reed
111 W. Washington Street
Suite 707
Chicago, Illinois 60602
312.855.3700
Fax: 312.855.1089
sreed@rgrlaw.com
emarler@rgrlaw.com

Richard Del Giudice
David S. Americus
Earl E. Farkas
Gozdecki & Del Giudice, LLP
221 North LaSalle Street
Suite 2200
Chicago, Illinois 60601
312.782.5010
Fax: 312.782.4324
r.delgiudice@gozdel.com
d.americus@gozdel.com
e.farkas@gozdel.com

136069