
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio Corporation, | ) ) ) |
| Plaintiffs, | ) Case No. 08-cv-02213 ) ) |
| vs. | ) Hon. William T. Hart ) |
| HANDLER, THAYER & DUGGIN, LLC, an Illinois limited liability company; THOMAS J. HANDLER; STEVEN J. THAYER; JAMES M. DUGGAN; and GREGORY J. BERTSCH, | ) Magistrate Judge Mason ) ) ) ) |
| Defendants. | ) |

## NOTICE OF MOTION

TO:   See attached service list

**PLEASE TAKE NOTICE** that on the 21st day of May, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge William T. Hart, or any judge sitting in his stead, in Courtroom 2243 of the United States District Court for the Northern District of Illinois, Eastern Division and then and there present **Defendants' Motion to Dismiss or in the Alternative Stay Plaintiff's Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6)** and **Memorandum in Support of Defendants' Motion to Dismiss or in the Alternative Stay Plaintiff's Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6)**, copies of which are hereby served upon you.

Dated: May 15, 2008               s/ Katherine Smith Dedrick

                                  Katherine Smith Dedrick (6185314)
                                  Childress Duffy Goldblatt, Ltd.
                                  515 N. State Street, Suite 2200
                                  Chicago, Illinois 60610
                                  312.494.0200
                                  Fax: 312.494.0202

                                  Richard Del Giudice (06190103)
                                  Gozdecki & Del Giudice, LLP
                                  221 North LaSalle Street, Suite 2200
                                  Chicago, Illinois 60601
                                  312.782.5010
                                  Fax: 312.782.4324

136226

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was served upon all counsel of record pursuant to ECF as to Filing Users on this the 15th day of May, 2008.

                                          s/ Katherine Smith Dedrick

Katherine Smith Dedrick (6185314)
Childress Duffy Goldblatt, Ltd.
515 N. State Street
Suite 2200
Chicago, Illinois 60610
312.494.0200
Fax: 312.494.0202

## **SERVICE LIST**

Scott O. Reed
Eric J. Marler
Reardon Golinkin & Reed
111 W. Washington Street
Suite 707
Chicago, Illinois 60602
312.855.3700
Fax: 312.855.1089
sreed@rgrlaw.com
emarler@rgrlaw.com

Richard Del Giudice
David S. Americus
Earl E. Farkas
Gozdecki & Del Giudice, LLP
221 North LaSalle Street
Suite 2200
Chicago, Illinois 60601
312.782.5010
Fax: 312.782.4324
r.delgiudice@gozdel.com
d.americus@gozdel.com
e.farkas@gozdel.com

136226