**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Great American Insurance Company

                              Plaintiff,

v.                                               Case No.: 1:08−cv−02213
                                                     Honorable William T. Hart

Handler, Thayer & Duggan, LLC, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 16, 2008:

     MINUTE entry before the Honorable William T. Hart: Motion Hearing set for 5/21/2008 is reset to 5/20/2008 at 02:30 PM. NOTICE to electronic filers: you still must provide a paper "Judge's Copy" as required by Local Rule 5.2(e). Judge&#039;s copies are to be filed on the 20th floor in the box designated for that purpose. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.