# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2213 | **DATE** | 5/20/2008 |
| **CASE TITLE** | Great American Insurance Company vs. Handler, Thayer & Duggan, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendants' motion to dismiss [22] is granted as to Counts III and IV and a briefing schedule is set as to Counts I and II as follows: response due by 5/13/2008; reply due by 5/27/2008; rule by mail. Counts III and IV are dismissed without prejudice to reinstate at a later date. Status hearing set for 6/18/2008 is stricken.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | CW |
|---|---|---|