# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Great American Insurance Company

      Plaintiff,

v.             Case No.: 1:08–cv–02213
             Honorable William T. Hart

Handler, Thayer & Duggan, LLC, et al.

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 22, 2008:

  MINUTE entry before the Honorable William T. Hart: Briefing schedule on defendants' motion to dismiss as to Counts I and II is amended as follows: response due by 6/10/2008; reply due by 6/24/2008; rule by mail.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.